IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JOSE A. RUBIANI, | * | |
| Petitioner, | * | |
| vs. | * | CASE NO. 4:06-CV-10 (CDL) |
| FRED BURNETT, Warden, | * | |
| Respondent. | * | |
| | * | |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 19, 2006, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this  4th  day of October, 2006.

                                                  S/Clay D. Land
                                                   CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE